UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

---

In re: Mark A. Lovecchio
      Debtor(s)

Case No.:  07-16107-SBB
Chapter:    13

---

Notice of Deficiency
Failure to File Statement of Financial Affairs and/or Schedules, Corporate Resolution, and/or
Verification of Creditor Matrix
And Notice of U. S. Trustee's Standing Motion to Dismiss

This Notice refers to the following document filed with the court on : 6/11/2007
By : Jeffrey S. Brinen
        • Voluntary Petition and/or Voluntary Petition Official Form 1 dated (10/06)

This Notice refers to the following missing documents which were NOT filed with the court
and your case will be dismissed if you do not file the missing document(s):

      • Statistical Summary of Certain Liabilities - Form 6 Statistical Summary (10/06)

      • Each debtor must provide copies of all paycheck stubs, payment advices, or other evidence
of wages, salary, commissions or other income from any employer received by each
debtor within 60 days before the bankruptcy case was filed (copied on 8 ½ x 11 paper),
and/or a verified statement that no such document(s) exist for **each** debtor using
Transitional Local Bankruptcy Form 1007-1 (attached to this notice).

      • Statement of Current Monthly Income and Disposable Income Calculation–Chapter 13
(Form 22 C)

      • Chapter 13 plan for Chapter 13 debtors (Transitional Local Bankruptcy Form 3015-1).

      • Statement of financial affairs -
      • Schedules -

After a bankruptcy case is filed, debtor(s) must complete two steps whenever debtor(s) file any of the
following with the Court: (a) Statement of Financial Affairs, (b) any Schedule(s), (c) payroll advices
or a verified statement that the advices do not exist, (d) Statement of Current Monthly Income,
(e) Certification of Credit Counseling and/or (f) creditors address matrix verification. (These steps
are required by Local Bankruptcy Rule 102(c) and Transitional Local Bankruptcy Rule 1007-1.)

1. Serve or mail a copy of such Statement of Financial Affairs, Schedule(s), Certification or document(s) on any trustee serving in the case, and

2. File with the Court a Certificate of Service, signed by you as being true and correct, which lists: (a) the trustee's name and address used by you to mail or serve the documents to the trustee, and (b) a list of the names of the documents that you served or mailed to any trustee serving in the case.

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case effectively because of the missing document(s).  If you do not timely file the missing documents, this case will be dismissed. (Pursuant to Local Bankruptcy Rule 505(a)(3), the United States Trustee's Standing Motion to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing requirements and support dismissal when those requirements are not met are found in: (a) Interim Bankruptcy Rule 1007, (b) Transitional Local Bankruptcy Rule 1007-1, (c) Local Bankruptcy Rule 505(a)(3) and/or (d) 11 U.S.C. § 521.  Under this Notice, your case may be dismissed no sooner than in fifteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707(a)(3), 1112(b), 1208(c) or 1307(c), as applicable, without any additional notice or a hearing.  Moreover, the failure to timely file the missing documents will result in the dismissal of the case pursuant to 11 U.S.C. § 521.)*

It appears that the debtor has filed a petition which is not accompanied by the statement of financial affairs and schedules required by 11 U.S.C. 521(1). Pursuant to Fed.R.Bankr.P. 1007(c), the debtor shall file said statement and schedules within 15 days after filing the petition. The deficiency cure date appears below.

**Pursuant to Local Bankruptcy Rule 102(c), in any case in which the debtor files a statement, schedule or creditors address matrix after the receipt of a notice of deficiency issued by the clerk pursuant to local Bankruptcy Rule 505(a), the debtor shall serve a copy of such statement, list or schedule on the United States Trustee and any chapter 7, 11, 12, or 13 trustee serving in the case, and shall file an appropriate Certificate of Service as evidence thereof.**

---

DEFICIENCY CURE DATE: 6/26/2007          FOR THE COURT:
                                         Bradford L. Bolton, Clerk

                                         Ellena Rodriquez
                                                 Deputy Clerk

                                         Dated  6/12/2007

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE
CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM THE COURT'S
WEB PAGE AT WWW.COB.USCOURTS.GOV

**T.L.B.F. 1007-1**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

In re:                                                    Case No. _____

_____

_____

(INSERT NAME(S) OF DEBTOR(S))

Address_____

_____

Last 4 digits of SSN and/or EIN:

_____

Debtor(s).                                   Chapter _____

**Statement Under Penalty of Perjury Concerning Payment Advices**

**Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I\*, _____(Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

_____ a)  I was not employed during the period  immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

_____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

_____ c) I am self-employed and do not receive any evidence of payment from an employer;

_____ d) Other (Please Explain )_____

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this \_\_\_\_\_ day of _____, 200\_\_.

_____ (Signature of Debtor)

Debtor

\* A separate form must be filed by each Debtor

1007-1 form

## __Certificate of Service__

I certify that I served true and correct copies of the foregoing declaration by mailing a

copy to each the following on this _____ day of _____, 200__:


Trustee Assigned to the Case
(Trustee's Address)


United States Trustee                                          _____

                                                                      Signed

1007-1 form


[NOTE:  IF YOU HAVE PAY STATEMENTS, YOU MUST SUBMIT THOSE, THIS FORM IS ONLY IF YOU DO NOT HAVE THEM.]