UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

IN RE:                                              )
                                                    )
MARK A. LOVECCHIO,                                  )     Case No. 07-16107-SBB
SSN: XXX-XX-7420                                    )
                                                    )     Chapter 13
        Debtor.                                     )

---

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

---

THIS MATTER having come before the Court on the Debtor's Motion to Extend Time For Filing Schedules and Statement of Financial Affairs, no notice being required, and cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

That the Debtor is granted a three (3) day extension of time to file his Schedules and Statement of Financial Affairs, up to and including June 29, 2007.

DONE and entered this __27th__ day of _____June_____, 2007 at Denver, Colorado.

BY THE COURT:

_____
Judge Sidney B. Brooks
United States Bankruptcy Judge