(COB Form voccext #216 02/06)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado** ,
HONORABLE Sidney B. Brooks

In re:     Mark A. Lovecchio

SSN/TID
Nos.     xxx−xx−7420

Debtor(s)                                              Case Number.: 07−16107−SBB

## ORDER DIRECTING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Amended Schedule(s) original schs filed by Debtor(s) on 6/29/07 . A review of the Amended Schedule(s) indicates that provisions of the Federal Bankruptcy Rules and Local Bankruptcy Rules of this Court have not been complied with, as follows:

A . . . schedule . . . may be amended by the debtor as a matter of course at any time before the case is closed. The debtor shall give notice of the amendment to the trustee and to any entity affected thereby.

Rule 1009(a), Fed.R.B.P.

Upon the filing of such amendments adding creditors whose names and addresses were not listed in time for the mailing of the Notice of Meeting of Creditors, the debtor shall forthwith mail to such additional creditors a copy of the Notice of Meeting of Creditors,[1] and any subsequent notice in a Chapter 7 case regarding the bar date, if any, for the filing of proofs of claim, and set forth the date of filing of such amendment, and file a certificate of service showing compliance with this Rule. In a Chapter 12 or 13 case, and in the event a Notice of Possible Dividend was previously mailed to all creditors of record in a Chapter 7 case, the debtor shall also mail a proof of claim form to any creditor added by amendment pursuant to this Rule. Copies of any such amendments shall be served by the debtor upon the United States Trustee and upon any trustee appointed in the case, and such service shall be deemed to be in compliance with Fed.R.B.P. 1009(c).

Rule 109(a)(2), L.B.R.

THEREFORE, IT IS ORDERED that Debtor(s) or counsel for Debtor(s) shall comply with the above−noted Rules within fifteen days of the date of this Order, and file a certificate of service with the Court evidencing same. The failure to comply with this Order may impact the Debtors' ('s) discharge of the obligations owed to those additional creditors pursuant to 11 U.S.C. §523(a)(3).

Dated:  7/16/07                          FOR THE COURT:
                                         Sidney B. Brooks
                                         United States Bankruptcy Judge

---

[1] The notice of meeting of creditors and any subsequent notices of bar dates for filing claims or 11 U.S.C. §§ 523 and 727 complaints must be sent in all chapters. (Footnote provided for clarification, not contained in rule.)