(COB Form vofailtofieltaxrtrn #210 10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

      Mark A. Lovecchio

aka(s), if any will be listed on the following page.

Debtor(s)

|  |  |
|---|---|
| Case No.: | 07–16107–SBB |
| Chapter: | 13 |

### Order Dismissing Case Under 11 U.S.C. § 521(e)

THIS MATTER arises upon the Report of Failure to Provide a Tax Return and Notice of Pending Dismissal of Case pursuant to 11 U.S.C. § 521(e) and Transitional Local Bankruptcy Rule 1017–1, notice of which was provided to the Debtor(s). The Debtor(s) failed to provide the tax information required by Section 521(e) and Transitional Local Bankruptcy Rule 1017–1 and subsequently failed to provide written verification that the failure to provide such information was due to circumstances beyond the control of the Debtor(s). Accordingly, pursuant to Section 521(e) the case is to be dismissed.

ORDERED that the case is dismissed without prejudice; and it is

FURTHER ORDERED that the Clerk shall give notice of this dismissal pursuant to Fed.R.Bankr. P. 2002(f).

Dated:  8/14/07

BY THE COURT:

Sidney B. Brooks
United States Bankruptcy Judge

## Aliases Page

**<u>Debtor aka(s):</u>**

No Aliases for Debtor